UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATISHA WALLACE,

        Plaintiff,

   v.

MENM, LLC,

        Defendant(s).

Case No. 2:25-cv-03726-CKD

[PROPOSED] ORDER GRANTING EXTENSION TO FILE JOINT REPORT PURSUANT TO LOCAL RULE 240(a)

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby sets the parties' deadline to submit and file their Joint Report pursuant to Local Rule 24(a) by on or before March 3, 2026.

IT IS SO ORDERED.

Dated:  February 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 wall25cv3726.stip.sched